IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00598-WYD-MEH

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

v.

LISA HUDSON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2015.**

    Plaintiff's Motion to Vacate Scheduling Conference [filed November 4, 2015; docket #44] is **granted**. In light of the entry of default entered against the Defendant, the Scheduling Conference currently set for November 16, 2015 is **vacated**.