## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00598-WYD-MEH

DALLAS BUYERS CLUB, LLC, A TEXAS LIMITED LIABILITY COMPANY,

      Plaintiff,

v.

LISA HUDSON,

      Defendant.

---

## **AMENDED** DEFAULT JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming and Adopting Recommendation of the United States Magistrate Judge of Senior Judge Wiley Y. Daniel entered on January 26, 2016, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Hegarty (ECF No. 50) is **AFFIRMED** and **ADOPTED.**  It is further

ORDERED that default judgment is hereby entered in favor of Plaintiff Dallas Buyers Club, LLC, a Texas Limited Liability Company and against Defendant Lisa Hudson in the total amount of $ 2,250.00 and $2,885.98 for attorney's fees and costs as authorized by 17 U.S.C. § 505.  It is further

ORDERED that post-judgment interest shall accrue on the amounts awarded in this matter at the legal rate of 0.61% per annum from the date of entry of judgment.

Dated at Denver, Colorado this 7th day of September, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Robert R. Keech
_____

Robert R. Keech
Deputy Clerk